**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carey M. Baca, | No. CV-10-885-PHX-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| Steven R. Callahan, Lisa M. Callahan, Keith M. Baca; SRC Sundance, LLC; Unknown Parties named as Does 1thru 100, | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney and Supporting Information (Doc. 9). It is the Court's policy not to allow pro se litigants to file electronically. Therefore,

**IT IS HEREBY ORDERED** denying the Motion.

DATED this 20th day of July, 2010.

G. Murray Snow
United States District Judge